IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **AVERY MIGUEL PERRY, SR.,** | : | **CIVIL ACTION** |
| *Plaintiff* | : | |
| | : | |
| v. | : | **NO. 23-CV-0109** |
| | : | |
| **CHESTER COUNTY PUBLIC** | : | |
| **DEFENDERS OFFICE,** *et al.*, | : | |
| *Defendants* | : | |

| | | |
|---|---|---|
| **AVERY MIGUEL PERRY, SR.,** | : | **CIVIL ACTION** |
| *Plaintiff* | : | |
| | : | |
| v. | : | **NO. 23-CV-0139** |
| | : | |
| **ZACHARY YURICH,** | : | |
| *Defendant* | : | |

**O R D E R**

**AND NOW**, this 23rd day of January 2023, upon consideration of Plaintiff Avery Miguel Perry Sr.'s Motions to Proceed *In Forma Pauperis* and *pro se* Complaints filed in the above captioned cases it is hereby **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** in both cases pursuant to 28 U.S.C. § 1915.

2. The Complaints are **DEEMED** filed.

3. The Complaints are **DISMISSED, with prejudice**, pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) & (ii), for the reasons set forth in the accompanying Memorandum.

4. Consistent with the reasons stated in the accompanying Memorandum, no later than seven (7) days from the date of this Order, Perry shall **SHOW CAUSE,** by filing a "Response to Show Cause Order", not to exceed ten pages stating why the Court should not enjoin him from

filing any new lawsuits related to his prosecution in Chester County, *Commonwealth v. Perry*, CP-15-CR-0003666-2020 (C.P. Chester), including lawsuits raising claims based on his February 2021 guilty plea, and including, but not limited to, lawsuits raising claims against Zachary Yurich, Anna Frederick, the Commonwealth of Pennsylvania, the Honorable Jeffrey R. Sommer, courts or court divisions in Chester County, Chester County itself, or any municipal offices in Chester County.

5.   Should Perry fail to file a Response as directed by Paragraph 4 of this Order, the Court will issue the proposed injunction against Perry without any further notice.

6.   The Clerk of Court shall **CLOSE** this case.

**BY THE COURT:**

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*